

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 7, 1962

Mr. G. F. Steger
County Attorney
Columbus, Texas

Opinion No. WW-1407

Re: Whether a county tax
assessor-collector has
the right to enter upon
land for the purpose of
personally inspecting
the land and improvements
thereon for assessment
purposes and related
question

Dear Mr. Steger:

You have requested an opinion on the following two questions:

> "Does a county Tax Assessor-Collector
> have the right to enter upon land for the
> purpose of personally inspecting the land
> and improvements thereon for assessment
> purposes; and, if he does have such right,
> can he exercise same at any time except
> within the period between January 1st and
> April 30th of each year?"

The first question has been answered by this department in former opinions numbered O-1489 and O-3376, which are enclosed herewith.

The second question in your request is whether or not the Tax Assessor-Collector has authority to go upon the land of the owner to inspect the land and improvements for assessment purposes other than within the period between January 1st and April 30th of each year.

Article 7189, Vernon's Civil Statutes, provides as follows:

> "Assessors of taxes shall, between the
> first day of January and the thirtieth day
> of April of each year, proceed to take a
> list of taxable property, real and personal,
> in his county and assess the value thereof
> in the manner following, to-wit: By calling
> upon the person, or by calling at the office,
> place of business or the residence of the
> person, and listing the property required by

law in his name, and requiring such person
to make a statement under said oath of such
property in the form hereinafter prescribed."

Article 7190, V.C.S., provides that assessments made after
April 30th are legal, and Arts. 7191, 7192 and 7193, V.C.S., set
out duties of the assessor in cases where the owner fails or re-
fuses to render his property.

We are of the opinion that it is the duty of the Tax Asses-
sor-Collector to assess the property in his county between the
first of January and the thirtieth of April, as stated in Article
7189, V.C.S. If he fails, for some reason, to assess such proper-
ty during the above mentioned period of time, and deems it neces-
sary to enter on the land of a taxpayer for the purpose of asses-
sing his property, he has the right to do so at any reasonable
time, and is not bound to that part of the year between January 1st
and April 30th.

## SUMMARY

A Tax Assessor-Collector has the right to
enter upon land for the purpose of inspecting and
assessing for taxes at any reasonable time, and is
not confined to January 1st through April 30th to
do so.

Yours very truly,

WILL WILSON
Attorney General of Texas

By: J. H. Broadhurst
    Assistant

JHB/jp

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman

Tom McFarling
F. R. Booth
Bob Shannon
Joe Osborn

REVIEWED FOR THE ATTORNEY GENERAL
By: Leonard Passmore